**Motion GRANTED and Order filed April 16, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00280-CV

_____

## IN RE STEPHEN M. YAMIN, SR. AND MARY ANN YAMIN, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-39172**

## ORDER

On April 15, 2020, relators Stephen M. Yamin, Sr. and Mary Ann Yamin filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Rabeea Sultan Collier, Judge of the 113th District Court, in Harris County, Texas, to set aside her order dated April 7, 2020, entered in trial court number 2017-39172, styled *North American Interpipe, Inc. v. Texas Black Iron, Inc., et al.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10.  On April 15, 2020, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the April 7, 2020 order in trial court cause number 2017-39172, *North American Interpipe, Inc. v. Texas Black Iron, Inc., et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests North American Interpipe, Inc., the real party in interest, to file a response to the petition for writ of mandamus on or before April 30, 2020**.**  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Zimmerer.